# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| ATHEL B. COOPER aka Al Cooper | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil Action No. CV 205-133 |
| | ) | |
| KENNETH SMITH, ET AL | ) | |
| | ) | |
| Defendants | ) | |

## ORDER

This Court entered a show cause order on August 18, 2005, directing attorney Christopher A. Frazier to show cause, in writing, within ten (10) days from the date of entry of the order why his name should not be stricken from the docket as the attorney of record in this case, and said attorney having failed to respond to the Court's order,

IT IS HEREBY ORDERED that the name of Christopher A. Frazier be stricken from the docket in this case.

IT IS FURTHER ORDERED that attorney Christopher A. Frazier notify his client within ten (10) days from the date of entry of this order that he is no longer attorney of record and his client should be instructed to seek new counsel within fifteen (15) days from the date of this order or the Court will consider that plaintiff is proceeding pro se.

SO ORDERED this 6 day of September, 2005.

ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

COOPER _____ )

vs _____ ) CASE NUMBER CV205-133

SMITH, ET AL _____ ) DIVISION BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 9/6/05 _____, which is part of the official record of this case.

Date of Mailing: 9/6/05

Date of Certificate  [X] same date, or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Preston Davis
Christopher Frazier
Richard Gignilliat
Jennifer Keaton
Al Cooper, P.O. Box 63, White Oak, GA 31568

[ ] Copy placed in Minutes
[X] Copy given to Judge
[ ] Copy given to Magistrate